IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00071-REB-PAC

UNUM LIFE INSURANCE COMPANY OF AMERICA,

     Plaintiff(s),

v.

PAUL G. WOLF,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Vacate and Reset Scheduling [sic] Conference [filed April 25, 2007; Doc. No. 12] is **GRANTED** as follows:

     The Settlement Conference set for May 15, 2007 at 3:00 p.m., is *vacated and reset* to **June 5, 2007 at 3:00 p.m.**, in Courtroom A501. Confidential Settlement Statements are due on or before **May 30, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

     Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge O. Edward Schlatter.

     ***Counsel and parties with full authority to settle must be present.***

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  April 26, 2007