IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00071-REB-PAC

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff(s),

v.

PAUL G. WOLF,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that Plaintiff Unum Life Insurance Company of America's Motion for Leave to Appear by Telephone [filed May 1, 2007; Doc. No. 15] is **GRANTED** as follows:

    Plaintiff Unum Life Insurance Company of America's representative is permitted to participate telephonically at the Settlement Conference on June 5, 2007.  Counsel for plaintiff shall bring a telephone number for their representative with them to the Settlement Conference, so that their representative can be contacted.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  May 2, 2007