IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00071-REB-KLM

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff(s),

v.

PAUL G. WOLF,

    Defendant(s).
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*,

    IT IS HEREBY **ORDERED** that Defendant's Amended Motion to Dismiss with Prejudice [Docket No. 28; Filed July 27, 2007] ("Amended Motion") is **STRICKEN** pursuant to D.C. Colo. L. Civ. R. 7.1H. The Amended Motion appears to be a verbatim recitation of Defendant's Motion to Dismiss with Prejudice [Docket No. 22; Filed June 26, 2007]. Local Rule 7.1H provides that a redundant motion may be stricken from the record. As there is no substantive difference between Defendant's original Motion to Dismiss and his Amended Motion, the Court determines that the Amended Motion should be **stricken**.[1]

Dated: December 20, 2007

---

    [1] The only apparent difference between the original Motion to Dismiss and the Amended Motion is the first word of the text. The original Motion to Dismiss referred to Defendant as "Plaintiff." The Amended Motion was presumably filed to correct this characterization. The Court takes judicial notice that the original Motion to Dismiss was filed by Defendant.