**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00071-REB-PAC

UNUM LIFE INSURANCE COMPANY OF AMERICA,

     Plaintiff,

v.

PAUL G. WOLF,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter before me is the **Stipulation For Dismissal** [#46] filed May 29, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation For Dismissal** [#46] filed May 29, 2008, is **APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated May 30, 2008, at Denver, Colorado.

                     **BY THE COURT:**

                     **s/ Robert E. Blackburn**
                     **Robert E. Blackburn**
                     **United States District Judge**